FILED
2008 FEB 19 PM 4:53
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>IRMA YOLANDA TIJERINA-DE LEYVA,<br>Defendant. | Criminal Case No. '08 CR 0439 BTM<br>I N D I C T M E N T<br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |

The grand jury charges:

On or about December 13, 2007, within the Southern District of California, defendant IRMA YOLANDA TIJERINA-DE LEYVA did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 17.55 kilograms (38.6 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: February 19, 2008.

A TRUE BILL:

[signature]
Foreperson

KAREN P. HEWITT
United States Attorney

By: [signature]
JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:fer:Imperial
2/19/08