FILED

2008 FEB 19 PM 4:53

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ______ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. IRMA YOLANDA TIJERINA-DE LEYVA, Defendant. | Criminal Case No. '08 CR 0439 BTM<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Irma Yolanda Tijerina-De Leyva, Criminal Case No. 08CR0066-BTM.

DATED: February 19, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney