MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA VS IRMA TIJERINA-DE LEYVA

X Plaintiff ___ Defendant ___ Court Type of Hearing: MOTION HEARING - EVIDENTIARY

Case Number: 08CR0439-BTM

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 5-14-08 | 5-14-08 | PHOTO |
| 2 | 5-14-08 | 5-14-08 | PHOTO |
| 3 | 5-14-08 | 5-14-08 | PHOTO |
| 4 | 5-14-08 | 5-14-08 | PHOTO |
| 5 | 5-14-08 | 5-14-08 | PHOTO |
| 6 | 5-14-08 | 5-14-08 | PHOTO |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |