Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721
Email: christian@deolivaslaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>IRMA YOLANDA TIJERINA-DE LEYVA,<br>Defendant | **CASE**: 3:08-cr-439-BTM-1<br>**DATE**: OCTOBER 1, 2008<br>**TIME**: 9:00 AM<br>**NOTICE OF JOINT MOTION; JOINT MOTION TO CONTINUE SENTENCE WITH PROBATION OFFICE REPORT** |

## NOTICE OF JOINT MOTION

**TO**: THE UNITED STATES ATTORNEY; DEFENDANT

**PLEASE TAKE NOTICE** that on the above-referenced date, Defendant, IRMA YOLANDA TIJERINA-DE LEYVA, by and through her counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and through and its counsel, LUELLA CALDITO, will move this Court to grant the above-entitled motion.

## JOINT MOTION

The Defendant, IRMA YOLANDA TIJERINA-DE LEYVA, by and through her counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America,

by and through and its counsel, LUELLA CALDITO, and pursuant to Federal Rules of Criminal Procedure Evidence 7(f), 12, 14, and 16, and the Fourth, Fifth and Sixth Amendments to the United States Constitution, hereby move this Court to grant the above-stated motion.

We all agree that the period of time reflected in this continuance is excludable pursuant to 18 USCA §3161(h)(8) from the time period within which the Sentence With Probation Office Report must commence as set forth in 18 USCA §3161(c)(1). In support thereof, Defense Counsel requests more time to prepare for said hearing and Probation Office Report.

Respectfully Submitted,

**DATED**: June 19, 2008 **SIGNED**: /s/ Christian De Olivas
CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
IRMA YOLANDA TIJERINA-DE LEYVA

**DATED**: June 19, 2008 **SIGNED**: /s/ Luella Caldito
LUELLA CALDITO

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.
2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Joint Motion; Joint Motion to Continue Sentence With Probation Office Report Hearing** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:
    a. Ms. Luella Caldito, Assistant United States' Attorney
3. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 19, 2008.

**DATED**: June 19, 2008 **SIGNED**: /s/ Christian De Olivas

CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
IRMA YOLANDA TIJERINA-DE
LEYVA