FILED

08 JUN 23 AM 11:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE BARRY TED MOSKOWITZ)

UNITED STATES OF AMERICA,
Plaintiff,

vs.

IRMA YOLANDA TIJERINA-DE LEYVA,
Defendant.

**CASE**: 3:08-cr-439-BTM-1

**ORDER FOR A CONTINUANCE**

**GOOD CAUSE** appearing therefore:

**IT IS HEREBY ORDERED** that the Sentence With Probation Office Report date for MS. IRMA YOLANDA TIJERINA-DE LEYVA, be continued until October 1, 2008 at 9:00 am in Courtroom 15, before Judge Barry Ted Moskowitz.

**IT IS SO ORDERED**:

**DATED**: June 23, 2008

Barry Ted Moskowitz

U.S. DISTRICT COURT JUDGE
BARRY TED MOSKOWITZ